**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

————————

No. 97-2452MN

————————

Cloverdale Foods of Minnesota, Inc.,   *

   *

                Appellant,   *     Appeal from the United States

   *     District Court for the District

      v.                *     of Minnesota.

   *

Pioneer Snacks, Inc., a Michigan   *     [UNPUBLISHED]

corporation,   *

   *

                Appellee.   *

————————

Submitted: October 20, 1997
Filed: October 30, 1997

————————

Before FAGG, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

————————

PER CURIAM.

Cloverdale Foods of Minnesota, Inc. (Cloverdale) appeals from the adverse decisions of the jury and the judge in this diversity action. Cloverdale raises several contentions related to the admissibility of evidence offered by Pioneer Snacks, Inc. (Pioneer), the ruling on Cloverdale's motion to sanction Pioneer for discovery violations, and the sufficiency of the evidence to support the jury's verdict. Because the parties' submissions show they are thoroughly familiar with the issues before this court and our review involves the application of established principles of law in a fact-intensive case, we conclude that an extensive discussion would serve no useful

purpose. Having considered the record, the briefs, and the parties' arguments, we reject Cloverdale's allegations of reversible trial error and we are satisfied the record supports the verdict. We thus affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.